DANIEL G. BOGDEN
United States Attorney

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *patrick.rose@usdoj.gov*

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOCARA INVESTMENTS dba ENVOGUE SALON and MAMPRE MINCI, <br><br> Plaintiff, <br><br> v. <br><br> JEH JOHNSON, in his official capacity only as Secretary of Homeland Security of the United States, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-00787-JAD-PAL <br><br><br> **ORDER** |

### MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Sarah Wilson to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States.

Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed,

has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Sarah Wilson is a Trial Attorney with the United States Department of Justice's Office of Immigration Litigation, District Court Section, and is an active member in good standing of the state bar of Georgia (No. 212212).

The following information is provided to the Court:

>Sarah Wilson
>Trial Attorney
>Office of Immigration Litigation – District Court Section
>United States Department of Justice
>Post Office Box 868, Ben Franklin Station
>Washington, DC 20044
>202-532-4700 (phone)
>202-305-7000 (fax)
>sarah.s.wilson@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Sarah Wilson to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 18th day of May 2015.

>DANIEL G. BOGDEN
>United States Attorney
>
>/s/ Patrick A. Rose
>PATRICK A. ROSE
>Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: June 24, 2015.

2