EVA GARCIA-MENDOZA, ESQ.
NEVADA BAR NO. 1779
LUTHER SNAVELY, ESQ.
NEVADA BAR NO.:  5507
GARCIA-MENDOZA & SNAVELY, CHTD.
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA  89101
(702) 384-8484
ATTORNEYS FOR THE PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOCARA INVESTMENTS dba ENVOGUE SALON and MAMPRE MINCI,  )<br><br>          Plaintiffs,  )<br><br>vs.  )<br><br>JEH JOHNSON, in his official capacity only as  )<br>Secretary of Homeland Security of the United  )<br>States, U.S. DEPARTMENT OF HOMELAND  )<br>SECURITY, U.S. CITIZENSHIP AND  )<br>IMMIGRATION SERVICES, the UNITED  )<br>STATES OF AMERICA and JOHN DOES 1  )<br>THROUGH XX, Inclusive,  )<br><br>          Defendants.  )<br>_____ ) | Case No. 2:15-cv-787-JAD-PAL |

**STIPULATION AND ORDER
TO REMAND THE FILE
TO THE CALIFORNIA
SERVICE CENTER FOR THE
PURPOSE OF HAVING
IT ISSUE A NEW REQUEST FOR
EVIDENCE AND A
NEW DECISION**

LAW OFFICES OF
GARCIA-MENDOZA & SNAVELY CHTD.
Eva Garcia-Mendoza, Esq.
Luther M. Snavely, III Esq.
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
(702) 384-8484  FAX (702) 384-0207

Plaintiffs, Tocara Investments dba Envogue Salon and Mampre Minci by and through their attorneys Eva Garcia Mendoza Esq. and Luther M. Snavely Esq. of the law firm of Garcia Mendoza & Snavely and Defendants Jeh Johnson, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, United States of America by and through their attorney Sarah S. Wilson Esq., Trial Attorney, United States Department of Justice hereby stipulate as follows:

1. This case shall be remanded back to the California Service Center (CSC) of the U.S. Citizenship and Immigration Services (USCIS)for the purpose of having the California Service Center issue another Request for Evidence to the Plaintiffs.

2. After the Plaintiffs file their Response to the Request for Evidence, the California Service Center will issue a new decision.

3. If the decision issued by California Service Center is adverse to the Plaintiffs, the parties shall continue with the current action in this court.  If the decision is favorable to the Plaintiff, the parties will stipulate to dismiss the current action within two weeks of the favorable decision from the California Service Center.

4. The current action will be held in abeyance until two weeks after the California Service Center issues its new decision.

5. The parties will file a new Discovery Plan and Scheduling Order within two weeks after the decision of the California Service Center should the decision be adverse to the Plaintiffs.

6. In the event the case is resolved in Plaintiffs' favor on remand to the California Service Center, each party shall bear their own costs and attorney fees.

Dated this __16th__ day of November, 2015

Eva Garcia Mendoza Esq.                          Sarah S. Wilson, Esq.

_____            _/s/ Sarah S. Wilson, Esq._
Attorney for Plaintiffs                        Attorney for Defendants

## ORDER

It is so Ordered this 16th day of November, 2015

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
GARCIA-MENDOZA & SNAVELY CHTD.
Eva Garcia-Mendoza, Esq.
Luther M. Snavely, III Esq.
501 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
(702) 384-8484  FAX (702) 384-0207