DANIEL G. BOGDEN
United States Attorney

PATRICK A. ROSE
Assistant United States Attorney

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
SARAH S. WILSON
Senior Litigation Counsel
SAIRAH G. SAEED
    Trial Attorney
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 532-4067
    Facsimile: (202) 305-7000
    Email: sairah.g.saeed@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOCARA INVESTMENTS, *et al.*, | Case No. 2:15-cv-00787-JAD-PAL |
| Plaintiffs, | |
| v. | |
| JEH JOHHSON, Secretary, Department of Homeland Security, *et al.*, | |
| Defendants. | ORDER RE: |

**UNOPPOSED MOTION TO PERMIT TELEPHONIC APPEARANCE OF GOVERNMENT ATTORNEY**

On April 28, 2015, Plaintiffs filed their Complaint against Defendants. *See* ECF No. 1. On July 6, 2015, Defendants filed an Answer in the case. *See* ECF No. 11. On August 11, 2015, the parties filed a Stipulated Discovery Plan and Scheduling Order ("Stipulated Discovery Plan"). On August 19, 2015, the court approved the Stipulated Discovery Plan. *See* ECF No. 16. On November 16, 2015, Plaintiffs

filed a Stipulation and Order to Remand the case to Defendant United States Citizenship and Immigration Services ("USCIS") to issue a Request for Evidence ("RFE") granting Plaintiffs another opportunity to provide evidence in support of their case.  *See* ECF No. 17.  In the Stipulation and Order to Remand, the parties agreed that if USCIS denied the Plaintiffs' petition again, the parties would file a new Discovery Plan and Scheduling Order.  *See Id* at 3.  On April 19, 2016, after USCIS denied Plaintiffs' petition, the parties filed an updated Stipulated Discovery Plan and Scheduling Order.  *See* ECF No. 22.  On April 21, 2016, this Court issued a Notice of Hearing for a Scheduling Conference on May 3, 2016 at 11:00 a.m. No. 23.  The parties have conferred and agreed on a schedule for dispositive motions that will resolve the merits of this case.  *See* ECF No. 24.

Undersigned counsel Sairah G. Saeed respectfully requests that the Court permit her to appear by telephone at the Scheduling Conference.  Ms. Saeed is scheduled to appear in another matter in the Southern District of Texas on May 5, 2016, for which she will be traveling on May 4, 2016.  Other personal obligations prevent Ms. Saeed from travelling for the entirety of the week of May 2.  Further, it would conserve government resources for Ms. Saeed to appear telephonically for what should be a short, uncomplicated scheduling matter on which the parties agree.

It is respectfully requested that an order be issued permitting Ms. Saeed to address the Court by telephone at the May 3, 2016 scheduling conference for this case.

DATED:  April 28, 2016               Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

SARAH S. WILSON
Senior Litigation Counsel

2

SAIRAH G. SAEED
*s/Sairah G. Saeed*
Trial Attorney
Office of Immigration Litigation
District Court Section
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4067
Facsimile: (202) 305-7000
Email: sairah.g.saeed@usdoj.gov


**IT IS SO ORDERED:**

*[signature]*
**UNITED STATES MAGISTRATE JUDGE**
**Dated:**         April 29, 2016.