1  DANIEL G. BOGDEN
   United States Attorney

2
   PATRICK A. ROSE
3  Assistant United States Attorney

4  BENJAMIN C. MIZER
   Principal Deputy Assistant Attorney General
5  U.S. Department of Justice, Civil Division
   WILLIAM C. PEACHEY
6  Director, District Court Section
   Office of Immigration Litigation
7  SARAH S. WILSON
   Senior Litigation Counsel
8  SAIRAH G. SAEED
        Trial Attorney
9       P.O. Box 868, Ben Franklin Station
        Washington, DC 20044
10      Telephone: (202) 532-4067
        Facsimile: (202) 305-7000
11      Email: sairah.g.saeed@usdoj.gov

12 Attorneys for Defendants

13

14                    **UNITED STATES DISTRICT COURT**

15                         **DISTRICT OF NEVADA**

16 TOCARA INVESTMENTS, *et al.*,                )
                                                 )  Case No. 2:15-cv-00787-JAD-PAL
17              Plaintiffs,                       )
                                                 )
18         v.                                     )
                                                 )
19 JEH JOHHSON, Secretary, Department of          )
   Homeland Security, *et al.*,                   )
20                                                )
                                                 )
             Defendants.                          )
21

22              **STIPULATED REQUEST FOR BRIEFING SCHEDULE**

23      Pursuant to LR 16-1(c)(1), Defendants requests that the Court issue a briefing schedule

24 substantially similar to the following:

25   1. Motions to amend the pleadings or to add parties shall be filed and served no later than: June 24,

26       2016.

2.   Defendants will file and serve the Certified Administrative Record ("CAR") by <u>July 25, 2016</u>.

3.   Plaintiffs' Motion for Summary Judgment ("MSJ") and Statement of Material Facts ("SMF") shall be filed and served no later than:   <u>August 23, 2016</u>.

4.   Defendants' Opposition to Plaintiffs' MSJ and Defendants' Cross-MSJ and SMF shall be filed and served no later than: <u>October 24, 2016</u>.

5.   Plaintiffs' Opposition to Defendants' Cross-MSJ and Reply in Support of Plaintiffs' MSJ shall be filed and served no later than: <u>November 7, 2016</u>.

6.   Defendants reserve the right to seek this Court's leave to Reply in support of their Cross-MSJ and the Reply shall be filed and served no later than <u>November 14, 2016</u>.

7.   Should Plaintiffs seek a Sur-reply, they may do so only upon motion to this Court and the Sur-reply shall be filed and served no later than <u>November 21, 2016</u>.

The parties have conferred and have agreed to the proposed schedule.

The general rule is that courts are limited to the administrative record when reviewing a final agency action because "the focal point for judicial review should be the administrative record already in existence, not some new record made initially in the reviewing court." *Camp v. Pitts*, 411 U.S. 138, 142 (1973).  "There is a strong presumption against discovery into administrative proceedings[.]" *NVE, Inc. v. Dep't of Health & Human Servs.,* 436 F.3d 182, 195 (3d Cir. 2006).  The administrative record "consists of all documents and materials directly or *indirectly* considered by agency decision-makers and includes evidence contrary to the agency's positions." *Thompson v. U.S. Dep't of Labor*, 885 F.2d 551, 555 (9th Cir. 1989) (emphasis in original).  Importantly, "[e]vidence cannot be submitted in the reviewing court and the parties are bound by the evidence in the administrative record." *Redmond v. United States*, 507 F.2d 1007 (5th Cir. 1975).  Exceptions to this rule include a necessity to go outside of the administrative record to explain the agency's actions, "to determin[e] whether the agency has considered all relevant factors or has explained its course of conduct or grounds of decision" or "when it appears the agency has relied on documents or materials not included in the record." *Animal Def. Council v. Hodel,* 840 F.2d 1432, 1436 (9th Cir. 1988) (internal quotations and citations omitted).  Here, it is clear from the

1  record that the agency has considered all the relevant issues and has explained the basis for its decision;

2  the agency has not relied on any factors outside of the administrative record.  Accordingly, both parties

3  have agreed to no discovery outside of the administrative record.

4       An action for review of an administrative record generally proceeds according to a briefing

5  schedule.  *See* LR 16-1(c)(1); *see also* Fed. R. Civ. P. 26(a)(1)(B)(i), 26(f)(1).  Accordingly, Defendants

6  request that the Court issue a briefing schedule substantially similar in form as that proposed above.

7  DATED:  April 28, 2016

        Respectfully submitted,

8     */s/ Eva Garcia-Mendoza, Esq.*
EVA GARCIA-MENDOZA, ESQ.

        BENJAMIN C. MIZER
        Principal Deputy Assistant Attorney General

9  Garcia-Mendoza & Snavely
Nevada Bar No.:  1779

10  501 So. Seventh Street
Las Vegas, NV  89101

        WILLIAM C. PEACHEY
        Director

11  Telephone:  (702) 384-8484
Facsimile:  (702) 384-0207

        SARAH S. WILSON
        Senior Litigation Counsel

12  Email:  Evagm@gms4law.com

13  ATTORNEYS FOR PLAINTIFFS

        SAIRAH G. SAEED
        *s/Sairah G. Saeed*

14          Trial Attorney
Office of Immigration Litigation

15          District Court Section
Civil Division, U.S. Department of Justice

        P.O. Box 868, Ben Franklin Station

16          Washington, DC 20044
Telephone: (202) 532-4067

17          Facsimile: (202) 305-7000
Email: sairah.g.saeed@usdoj.gov

18

19          ATTORNEYS FOR DEFENDANTS

20          **IT IS SO ORDERED:**

21

22          **UNITED STATES MAGISTRATE JUDGE**
        **Dated:** May 16, 2016

23

24

25

26

1

**CERTIFICATE OF SERVICE**

2      I certify that on April 28, 2016, I served a copy of the foregoing Stipulated Request for Briefing

3  Schedule on the attorneys of record by filing this document with the Clerk of the Court through the

4  CM/ECF system, which will provide electronic notice and an electronic link to this document to all

5  attorneys of record.

6

*s/Sairah G. Saeed*
SAIRAH G. SAEED
Trial Attorney

7
United States Department of Justice

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4