UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TOCARA INVESTMENTS, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JEH JOHHSON, Secretary, Department of Homeland Security, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-00787-JAD-PAL<br><br>**ORDER**<br><br>(Sealed Notice Manual Filing – ECF No. 33) |

This matter is before the court on Defendants' Sealed Notice of Manual Filing (ECF No. 33) (the "Notice"). The Local Rules of Practice state that the court's electronic files constitute its official record. *See* LR IA 1-1(e). With the limited exception of the documents defined in LR IC 1-1(c), counsel must file *all submissions* to the court through the CM/ECF system. This includes exhibits, *see* LR IA 10-3, LR IC 2-2, and sealed documents, *see* LR IA 10-5, LR IC 4-1.[1]

Here, Defendants filed the Notice under seal and delivered a disc to the Clerk of the Court containing the certified administrative record. An administrative record is not one of the limited exceptions for electronic filing defined in LR IC 1-1(c). To be appropriately considered as part of the record in this case, and if necessary, on appeal, Defendants are instructed to electronically file the administrative record through CM/ECF. Defendants also delivered an unbound, untabbed, and non-indexed copy of the administrative record to the Clerk of the Court. The Local Rules require that paper copies and exhibits be appropriately tabbed, indexed, and placed in a binder. *See* LR IC 2-2, LR IA 10-3. Thus, Defendants are instructed to deliver to a

---

[1] The Local Rules of Practice were amended with significant changes on May 1, 2016, including a reorganization of the rules. Sealed documents are now addressed in LR IA 10-5 and manual filings are addressed in LR IC 1-1(c). *See also* LR IC 2-2, LR IA 10-3.

copy the administrative record **to the chambers of the district judge** that complies with the Local Rules. The parties' failure to follow the Local Rules of Practice and the applicable CM/ECF filing instructions will complicate and delay the court's review of the record.

Accordingly,

**IT IS ORDERED:**

1. Defendants shall electronically file the administrative record through CM/ECF by **October 18, 2016**.
2. Defendants shall deliver to the chambers of the district judge a copy the administrative record that complies with the Local Rules by **October 18, 2016**.

Dated this 11th day of October, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE