DANIEL G. BOGDEN
United States Attorney

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *patrick.rose@usdoj.gov*

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOCARA INVESTMENTS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JEH JOHNSON, Secretary, Department of Homeland Security, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00787-JAD-PAL<br><br>**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**<br><br>**ORDER** |

　　　　Pursuant to LR IA 11-3, the United States Attorney respectfully requests that this honorable Court admit Government attorney Joseph A. Darrow to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 11-3 provides as follows:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Joseph A. Darrow is a Trial Attorney with the U.S. Department of Justice's Office of Immigration Litigation, District Court Section. Mr. Darrow is an active member in good standing of the bar of New York, Bar No. 5326939. His contact information is as follows:

> Joseph A. Darrow
> Trial Attorney
> Office of Immigration Litigation – District Court Section
> United States Department of Justice
> Post Office Box 868
> Ben Franklin Station
> Washington, DC  20044
> 202-598-2445 (phone)
> 202-305-7000 (fax)
> joseph.a.darrow@usdoj.gov

Accordingly, the United States Attorney respectfully requests that the Court admit Joseph A. Darrow to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 15th day of November 2016.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Patrick A. Rose*
        PATRICK A. ROSE
        Assistant United States Attorney

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 4, 2017.